IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| LIZZIE A. MEREDITH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:08CV00046 SWW |
| | * | |
| BALDWIN PIANO, INC.[1], | * | |
| | * | |
| Defendant. | * | |

ORDER

Before the Court is defendant's motion for an extension of time to file its answer to plaintiff's complaint.[2] The motion [docket entry 14] is granted. Defendant has until and including May 24, 2008, in which to file its answer.

DATED this 24th day of April 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Defendant states its correct legal name is Baldwin Piano, Inc. The Clerk is directed to change the style of the case to show the name of defendant to be "Baldwin Piano, Inc."

[2] The Court notes that on the same day defendant filed its motion, the Court appointed plaintiff counsel.