IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| LIZZIE A. MEREDITH, | * |
| Plaintiff, | * |
| vs. | *   No. 3:08CV00046 SWW |
| BALDWIN PIANO, INC., | * |
| Defendant. | * |

## ORDER

The Court hereby grants plaintiff's verbal motion for an extension of time to file a response to defendant's motion for summary judgment. Plaintiff's response is due on October 13, 2009.

DATED this 7th day of October, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE