# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LIZZIE A. MEREDITH

vs.                               NO.  3:08CV00046  SWW

BALDWIN PIANO INC.

<u>ORDER</u>

The Court has determined that the trial in this matter currently scheduled for November 16, 2009, should be continued due to the Court's scheduling conflicts.  A motion for summary judgment is pending in this case, and a new trial date will be scheduled, if necessary, once the motion has been resolved.

IT IS SO ORDERED this 4th day of November 2009.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE