IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| LIZZIE A. MEREDITH, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  No. 3:08CV00046 SWW |
| | * |
| BALDWIN PIANO, INC., | * |
| | * |
| Defendant. | * |

## Judgment

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint. The relief sought is denied.

DATED this 23rd day of November, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE