IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| LIZZIE A. MEREDITH, | * |
| Plaintiff, | * |
| vs. | *   No. 3:08CV00046 SWW |
| BALDWIN PIANO, INC., | * |
| Defendant. | * |

ORDER

Before the Court is defendant's motion to compel to which plaintiff failed to timely respond. The Court finds the motion [docket entry 85] should be and is hereby granted. Plaintiff is directed to respond to defendant's post-judgment discovery requests within the fourteen (14) days from the date of entry of this Order.

SO ORDERED this 12th day of May, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE